**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1500**

ERIC ALAN SANDERS,

　　　　　　Plaintiff - Appellant,

　　　v.

LOWE'S HOME CENTERS, LLC,

　　　　　　Defendant - Appellee,

　　　and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, of Charlotte, NC; JOHN HAYWARD; MIKE CALZAREETA; DOUG FORD; RAYVON IRBY,

　　　　　　Defendants.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  J. Michelle Childs, District Judge.  (0:15-cv-02313-JMC)

Submitted:  September 28, 2018　　　　　　Decided:  October 17, 2018

Before AGEE, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Alan Sanders, Appellant Pro Se.  Celeste T. Jones, William Grayson Lambert, Richard James Morgan, MCNAIR LAW FIRM, PA, Columbia, South Carolina, for

Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Lowe's Home Centers, LLC, on his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sanders v. Lowe's Home Ctrs.*, LLC, No. 0:15-cv-02313-JMC (D.S.C. Apr. 20, 2018). We deny Sanders' motions to dismiss, for sanctions, and for reconsideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*